IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONTAE SATCHEL,                           No. C-12-6289 TEH (PR)

    Plaintiff.                         ORDER ADMINISTRATIVELY CLOSING
                                        CASE

_____/

        On December 11, 2012, Plaintiff Dontae Satchel, an inmate incarcerated at the Holman Correctional Facility located in Atmore, Alabama, submitted a letter with several attachments relating to "a mediation and arbitration package."  Thinking that Plaintiff wished to file a civil rights complaint, the Clerk of the Court opened a civil rights case with the number C-12-6289 TEH.  Also, on December 11, 2012, the Clerk of the Court sent Plaintiff a notice that he had failed to file a complaint or an application to proceed <u>in forma pauperis</u>.  The notice stated that, if Plaintiff did not remedy these deficiencies in thirty days from the filing date of the Order, his action would be dismissed and the file closed.  Thirty days have passed and Plaintiff has not filed the requested documents or communicated with the Court in any way.

1       Because Plaintiff's letter is addressed to Executive
2 Norman E. Zollier at the Eleventh Circuit Court of Appeals, he may
3 not have intended to file an action in this Court and this case may
4 have been opened in error.  Thus, the Court will administratively
5 close it and no filing fee will be charged.  If Plaintiff did intend
6 to file a complaint in this Court, he may submit a motion to have
7 this case re-opened together with a proper complaint and completed
8 application to proceed <u>in forma pauperis</u>.

10       IT IS SO ORDERED.

11
12 DATED    <u>01/28/2013</u>                                  
                                      THELTON E. HENDERSON
                                      United States District Judge

24 G:\PRO-SE\TEH\CR.12\Satchel12-6289 Administratively Close.wpd

**2**